FILED

06/22/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0032

No. DA 21-0032

IN THE

SUPREME COURT OF THE STATE OF MONTANA

_____

EGAN SLOUGH COMMUNITY, YES! FOR FLATHEAD FARMS AND WATER,
AND AMY WALLER,

*Plaintiffs/Appellants*

VS.

FLATHEAD COUNTY BOARD OF COUNTY COMMISSIONERS, A BODY POLITIC OF
FLATHEAD COUNTY, FLATHEAD COUNTY PLANNING AND ZONING DEPARTMENT, AND
FLATHEAD CITY-COUNTY HEALTH DEPARTMENT,

*Defendants/Appellees,*

AND

MONTANA ARTESIAN WATER COMPANY,

*Defendant/Appellee and Cross-Appellant*

_____

ON APPEAL FROM THE MONTANA ELEVENTH JUDICIAL DISTRICT COURT,
FLATHEAD COUNTY, HON. ROBERT B. ALLISON, PRESIDING
CASE NO. DV-15-2018-0000952-DK

**ORDER GRANTING MONTANA ARTESIAN WATER COMPANY'S UNOPPOSED
MOTION FOR EXTENSION OF TIME**

Pursuant to authority granted under Mont. R. App. P. 26(1),

Defendant/Appellee and Cross-Appellant Montana Artesian Water Company's

Unopposed Motion for Extension of Time to file Appellees' and Cross-Appellants'

briefs is granted. Defendant/Appellee and Cross-Appellant Montana Artesian

Water Company, along with Defendant/Appellees Flathead County Board of

County Commissioners, Flathead County Planning and Zoning Department and Flathead City-County Health Department may file and serve their briefs on or before July 26, 2021.

ELECTRONICALLY DATED AND SIGNED BELOW

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 22 2021